**In re Norman Tyrone DAIS, Petitioner.**

**No. 10–1894.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 28, 2010.

Decided: Oct. 1, 2010.

Norman Tyrone Dais, Petitioner Pro Se.

Before WILKINSON, SHEDD, and
DAVIS, Circuit Judges.

Petition denied by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Norman Tyrone Dais petitions for a writ
of mandamus seeking an order directing
the district court to give him a copy of an
order dated May 23, 2010. Because we
are not able to discern what order Dais
wants, we conclude he is not entitled to
mandamus relief.

Mandamus relief is a drastic remedy and
should be used only in extraordinary cir-

cumstances. *Kerr v. United States Dist. Court,* 426 U.S. 394, 402, 96 S.Ct. 2119, 48 L.Ed.2d 725 (1976); *United States v. Moussaoui,* 333 F.3d 509, 516–17 (4th Cir. 2003). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought. *In re First Fed. Sav. & Loan Ass'n,* 860 F.2d 135, 138 (4th Cir.1988).

The relief sought by Dais is not available by way of mandamus. Accordingly, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*